UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVOLUSION CONCEPTS, INC., | Case No. 2:19-CV-02736-JLS-DFM |
| *Plaintiff*, | **JUDGMENT** |
| v. | |
| HOC EVENTS, INC., et al, | |
| *Defendants*. | |

Having granted Plaintiff Evolusion Concepts, Inc.'s ("Evolusion's") Renewed Application for Default Judgment against Defendant HOC Events, Inc. d.b.a. Supertool USA ("Supertool" or "Defendant") (Doc. 44) on October 28, 2022, and for the reasons stated in the Court's now final ruling (Doc. 48.), IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED that:

1. Defendant and its customers directly infringed Claims 1, 8, and 15 of U.S. Patent No. 8,756,845 (the "'845 patent");

2. Defendant knowingly contributed to its customers infringing Claims 1, 8, and 15 of the '845 patent;

3. Defendant knowingly induced its customers to infringe Claims 1, 8, and 15 of the '845 patent;

4. Final judgment of infringement is entered in favor of Evolusion's claims of infringement of the '845 patent Supertool;

5. Plaintiff is not awarded lost profit damages;

6. Plaintiff is awarded a reasonable royalty award of $20,937.76;

7. Plaintiff is awarded a permanent injunction. It is further ORDERED and GRANTED that Supertool, and each of its officers, directors, agents, servants, resellers, retailers, employees and attorneys, and those persons acting in concert or participation with it, including parents, subsidiaries, divisions, successors, and assigns, are PERMANENTLY ENJOINED from:

   a. selling or offering for sale or otherwise providing in the United States magazine locking devices through any means;

   b. making, using, selling, offering for sale, and importing any device, method, or system that reads on any claim recited in the '845 patent, including Supertool's Compliant Rifle Lock and any variants thereof; and

   c. providing instructions, components, technical support, services, or otherwise assisting, aiding, or abetting any other person or entity in selling or

offering for sale or otherwise providing magazine locking devices described in subparagraphs (a) and (b).

8. Plaintiff is awarded $62,813.29 in treble damages on account of Supertool's willful infringement of the '845 patent;

9. Plaintiff is awarded its litigation costs to be submitted in a "Bill of Costs" and an "Application to the Clerk to Tax Costs";

10. Plaintiff is awarded prejudgment interest of $5,862.57 calculated at a yearly rate of 7% applied to the Court's reasonable royalty award of $20,937.76, from June 2018, to the date of judgment;

11. Plaintiff is awarded post-judgment interest, to be calculated as articulated in 28 U.S.C. § 1961(a).

IT IS SO ORDERED.

Dated: November 9, 2022

_____
Hon. Josephine L. Staton
United States District Judge